FILED

2003 NOV 20 P 2: 06

US DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:00-CV-2382 (JCH) |
| | : | |
| v. | | |
| | : | |
| BRUCE P. MARQUIS, ET AL., | | |
| Defendant. | : | NOVEMBER 19, 2003 |

### APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned, in addition to counsel already on record, on behalf of the Defendant, City of Hartford, in the above-captioned action:

> Lori Rittman Clark
> Fed. Bar No. CT19908
> Sabia & Hartley, LLC
> 190 Trumbull Street, Suite 202
> Hartford, CT 06103
> (860) 541-2077

DEFENDANT,
CITY OF HARTFORD,

By: _____
Lori Rittman Clark

## CERTIFICATION

      I hereby certify that the foregoing was served regular mail, postage prepaid, this 19th day of November, 2003 to:

| | |
|---|---|
| James S. Brewer, Esq.<br>Erin I. O'Neil-Baker, Esq.<br>818 Farmington Avenue<br>West Hartford, CT 06119 | John T. Forrest, Esq.<br>Law Offices of John T. Forrest, LLC<br>142 Jefferson Street<br>Hartford, CT 06106 |
| Charles L. Howard, Esq.<br>Gregg Peter Goumas, Esq.<br>Derek L. Mogck, Esq<br>Shipman & Goodman<br>One American Row<br>Hartford, CT 06103 | Helen Apostolidis, Esq.<br>Corporation Counsel's Office<br>550 Main Street<br>Hartford, CT 06103<br><br>Frank J. Szilagyi, Esq.<br>Silvester, Daly & Delaney<br>72 Russ Street<br>Hartford, CT 06106 |

 

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Russo\appearance.cert.wpd