FILED

2003 DEC 22 P 4:06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS RUSSO : | CIVIL ACTION NO. |
|     Plaintiff, : | 3:00-CV-2382 (JCH) |
| v. : | |
| : | |
| BRUCE MARQUIS, et al. : | |
|     Defendants. : | DECEMBER 22, 2003 |

### DEFENDANT, CITY OF HARTFORD'S, MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the Defendant, City of Hartford ("Hartford"), submits this Motion for Summary Judgment as to the Seventh Count of Plaintiff's Third Amended Complaint, dated September 5, 2001 (the "Complaint"). Plaintiff is employed as a detective in the Hartford Police Department (the "HPD"). Plaintiff alleges that the Chief of the HPD, Bruce Marquis ("Marquis"), violated 42 U.S.C. § 1983 ("Section 1983") by depriving him of his First and Fourteenth Amendment rights. Specifically, Plaintiff asserts that Marquis was responsible for certain administrative actions (the "Administrative Actions") that included Marquis' alleged refusal to re-investigate and discipline officers for their prior harassment of Plaintiff, and Marquis' alleged refusal to return Plaintiff's badge and police credentials. Plaintiff also asserts that Marquis was responsible for certain personnel actions (the "Personnel Actions") that included Marquis' alleged refusal to reverse a prior Police Chief's decision to deny Plaintiff reinstatement to active duty and Marquis' alleged refusal to reverse a prior Police Chief's decision to deny Plaintiff use of sick leave. Plaintiff further alleges that Marquis undertook the

**ORAL ARGUMENT REQUESTED**

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

Administrative and Personnel Actions to further a personal vendetta initiated by HPD personnel against him due to his assignment to a Federal Gang Task Force, his purported participation in an alleged federal corruption probe into the HPD and his filing of prior civil lawsuits.

Hartford is not liable for the Administrative Actions because those actions did not deprive Plaintiff of a constitutional right. Hartford is also entitled to summary judgment on the Seventh Count because Plaintiff cannot establish that the Personnel Actions resulted from a Hartford policy or custom. Because Marquis is not a final personnel policy maker for Hartford as a matter of law, Plaintiff cannot prove that his actions establish a policy or custom of refusing to revisit pursuing personal vendettas against individual police officers. Further, Plaintiff cannot prove that Hartford's final policymakers displayed a "deliberate indifference" to Plaintiff's constitutional rights by failing to adequately supervise or train Marquis. Finally, Plaintiff's efforts to impose liability on Hartford for the alleged Personnel Actions must fail, as a matter of law, for the further reason that the record is bereft of any proof of a persistent and widespread practice by Hartford of encouraging its Police Chiefs to refuse to investigate and reverse past personnel decisions regarding a police officer as part of continuing vendetta against that officer which, while not authorized by law, was so permanent and well settled as to constitute "custom or usage" with the force of law.

As Plaintiff cannot, as a matter of law, establish that the Administrative Actions deprived him of a constitutional right, nor can Plaintiff establish the alleged constitutional

violations encompassed with the Personnel Actions resulted from a Hartford policy or custom, Hartford is entitled to summary judgment on the Seventh Count of the Complaint.

DEFENDANT, CITY OF HARTFORD

By _____
Jill Hartley
Federal Bar CT 10570
John P. Shea, Jr.
Federal Bar CT 17433
Michael G. Albano
Federal Bar CT 21440
Lori Rittman Clark
Federal Bar CT 19908
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorney

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was sent via courier, on this 22nd day of December, 2003 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq
Shipman & Goodman
One American Row
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

                                                                                                        John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Summary Judgment\MASTER DRAFTS\MSJ.MOTION2.MASTER.RUSSOIV.MARQUIS.wpd

- 4 -