# UNITED STATES DISTRICT COURT FILED
## DISTRICT OF CONNECTICUT

2004 MAR 19 P 2: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR., | : | CIVIL ACTION NO. |
| | : | 3:97CV2382 (JCH) |
| PLAINTIFF, | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN M. BAILEY, ET AL. | : | MARCH 19, 2004 |

### PLAINTIFF'S RULE 56(c)(1) STATEMENT-CITY

1.     Admit.

2.     Deny.    The Hartford Police Department was involved in the arrest, specifically Sergeant

Hajdasz. Plaintiff's 56(c)(2) Statement ¶271.

3.     Admit.

4.     Deny.    The suspension was pending only the criminal charges not the administrative

procedures.

5.     Deny.    Russo's gun was seized illegally on November 4, 1997 by Captain Flaherty

during Russo's custody for drug test and never returned to him even when ordered back

to work in December 1997. Russo's badge was seized by Sergeant Hydasz during search

of Russo's home for prescriptions. Plaintiff's 56(c)(2) Statement ¶ 271.

6.     Admit.

7.     Admit.

8.  Deny.  On November 1, 2000, the Personnel Department did not require Russo with any conditions to return to work other than to present a fit for duty release and to meet certification requirements.  Plaintiff's 56(c)(2) Statement ¶220.

9.  Deny. On November 1, 2000, the Personnel Department did not require Russo with any conditions to return to work other than to present a fit for duty release and to meet certification requirements.  Plaintiff's 56(c)(2) Statement ¶220.

10.  Deny.  Russo did submit a fitness for duty note from Dr. Hall dated November 28, 2000 Russo September 25, 2003, at 176-77; Plaintiff's 56(c)(2) Statement ¶220, 221.

11.  Admit

12.  Deny  The note clearly stated that the Hartford PD remained a hostile work enviroment for Russo and that the City never addressed these concerns by Russo or Hall . Plaintiff's 56(c)(2) Statement ¶ 221; Russo September 25, 2003 at 176-178.

13.  Admit.

14.  Admit.

15.  Admit.

16.  Admit.

17.  Admit.

18.  Deny.  Russo's status has changed numerous times since he was suspended in December 1997.  Plaintiff's 56(c)(2) Statement ¶ 219.

19.  Admit.

20.  Admit.

21.  Admit.

22.  Admit.

23.    Admit.

24.    Admit.

25.    Deny. Chief Marquis can create policy through practices and past practice.

26.    Admit.

27.    Admit.

28.    Deny. Chief Marquis can create policy through practices and past practice.

29.    Deny. Chief Marquis can create policy through practices and past practice.

30.    Admit.

31.    Admit.

32.    Admit.

33.    Deny. The Chief's make their own policies and enforce them through their subordinates.

34.    Admit.

35.    Admit.

36.    Admit.

37.    Admit.

38.    Admit.

39.    Admit.

40.    Deny.

41.    Admit.

42.    Admit.

43.    Admit.

44.    Admit.

45.    Admit.

46.   Deny. Chief Croughwell, did not follow any rules or regulations when he took Russo into

      custody 11/04/97, disarmed him , and ordered him out of work , not to drive without any

      Field Soberity Test under rules and regulations

47.   Admit.

48.   Admit.

49.   Admit.

50.   Admit.

51.   Admit.

52.   Admit.

53.   Admit.

54.   Admit.

55.   Admit.

56.   Admit.

57.   Admit.

58.   Deny.

                                        THE PLAINTIFF,
                                        NICHOLAS O. RUSSO, JR.

                                        By:_____
                                        James Brewer
                                        Erin I. O'Neil
                                        Brewer & O'Neil
                                        818 Farmington Avenue
                                        West Hartford, CT  06119
                                        (860) 523-4055
                                        Federal Bar # ct 23073

## CERTIFICATION

This is to certify that the foregoing has been faxed on March 19, 2004, to all counsel and pro se parties of record:

Charles L. Howard, Esq.
Gregg P. Goumas Esq.
Derek Mogck, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Frank Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106


Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

_____
Erin I. O'Neil