UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 19 P 2: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

NICHOLAS O. RUSSO, JR.,  : CIVIL ACTION NO.
                                                                         : 3:97CV2382 (JCH)

    PLAINTIFF,  :

V.  :

JOHN M. BAILEY, ET AL.  :  MARCH 19, 2004


**PLAINTIFF'S RULE 56(c)(1) STATEMENT-POLICE**


1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit. Deny, in part. Plaintiff's 56(c)(2) Statement ¶ 220.

12. Admit.

13.  Admit.

14.  Admit.

15.  Admit.

16.  Admit.

17.  Admit.

18.  Admit.

19.  Admit.

20.  Admit.

21.  Admit.

22.  Admit.

23.  Admit. Russo's psychiatrist, Dr. Hall provided a letter to the HPD indicating that Russo was fit for duty but could not return to the hostile environment of the HPD. Plaintiff's 56(c)(2) Statement ¶ 191, 221.

24.  Admit. The Hpd never provided Russo with the opportunity to receive training outside the HPD which is common practice at either the State Police or Academy.. Plaintiff's 56(c)(2) Statement ¶ 203.

25.  Admit.

26.  Admit.

27.  Admit.

28.  Admit.

29.  Admit.

30.  Admit.

31.  Admit.

32. Admit.

33. Admit.

34. Deny. Plaintiff's 56(c)(2) Statement Section IX(A). Lawlor threatened Russo following the October 30, 1997 threat. Plaintiff's 56(c)(2) Statement ¶ 152, 204.

35. Admit.

36. Admit.

37. Admit.

38. Admit.

39. Deny, in person his actions after physical threat was relayed 10/30/97

40. Admit

41. Deny. Plaintiff's 56(c)(2) Statement ¶ 152, 204.

42. Admit.

43. Admit.

44. Admit.

45. Admit.

46. Admit.

47. Admit.

48. Admit.

49. Admit.

50. Deny. Marquis was deposed in the case of <u>Stack v. City of Hartford</u>, on October 21, 2001.

51. Deny. As the Chief Marquis had knowledge of Russo's employment history. Police Defendants 56(1)a # 2382 Statement ¶ 63.

52. Deny. As the Chief Marquis had knowledge of Russo's employment history. Police Defendants 56(1)a # 2382 Statement ¶ 63.

53. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

54. Deny. As the Chief Marquis had knowledge of Russo's lawsuits which stated such allegations.

55. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

56. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

57. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

58. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

59. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

60. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

61. Deny. As the Chief Marquis had knowledge of the Department's activities and prior investigations of corruption.

62. Admit.

63. Admit.

64. Admit.

65. Deny. Police Defendants 56(1)a # 2382 Statement ¶ 63.

66. Deny. As the Chief Marquis had knowledge of Russo's employment history. Police Defendants 56(1)a # 2382 Statement ¶ 63.

67. Admit.

68. Deny.

69. Deny.

70. Admit.

71. Admit.

72. Admit.

73. Admit.

74. Admit.

75. Admit.

76. Admit.

77. Admit.

78. Admit.

79. Admit.

80. Admit.

81. Admit.

82. Admit.

83. Admit.

THE PLAINTIFF,
NICHOLAS O. RUSSO, JR.

By: *[signature]*

James Brewer
Erin I. O'Neil
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar # ct 23073

## CERTIFICATION

This is to certify that the foregoing has been faxed on March 19, 2004, to all counsel and pro se parties of record:

Charles L. Howard, Esq.
Gregg P. Goumas Esq.
Derek Mogck, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Frank Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

_____
Erin I. O'Neil