UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-cv-2382 (JCH) |
| Plaintiff, | : | |
| vs. | : | |
| BRUCE P. MARQUIS, ET AL. | : | |
| Defendants. | : | March 30, 2004 |

**POLICE DEFENDANTS' AND DEFENDANT CITY OF HARTFORD'S MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Defendants Bruce P. Marquis and the City of Hartford respectfully request an extension of time up to and including **April 16, 2004** to file their Reply Memoranda to Plaintiff's Opposition to Defendants' Motions for Summary Judgment. In support of this motion, the defendants state as follows:

1. On March 19, 2004, plaintiff filed his Memoranda in Opposition to Defendants' Motions for Summary Judgment in this case ("Russo IV") and in Russo v. Bailey, Civil Action No. 3:00-cv-1794(JCH) ("Russo II"), and Russo v. City of Hartford, Civil Action No. 3:97-cv-2380(JCH) ("Russo I").

2. Defendants' Reply Memoranda to plaintiff's Opposition Memoranda are currently due on April 2, 2004.

3. Plaintiff also filed a Motion to Strike certain exhibits submitted by Police Defendants in Support of their Motions for Summary Judgment in Russo I and Russo II.

Police Defendants' Memoranda in Opposition to Defendants' Motions to Strike are currently due on April 13, 2004.

4.  Due to the fact that they need to reply to all three of plaintiff's Memoranda in Opposition, counsel requires additional time to fully respond to issues raised by plaintiff in his brief in this case. The defendants respectfully request an extension of time up to and including **April 16, 2004** to file their Reply Memoranda.

5.  This is defendants' first request for an extension of time to file their Reply Memoranda. James S. Brewer, counsel for the plaintiff, has indicated that he objects to this request.

WHEREFORE, the defendants ask that their Motion be granted.

DEFENDANTS,
BRUCE P. MARQUIS

By: _____
Charles L. Howard (ct05366)
Gregg P. Goumas (ct19095)
Derek L. Mogck (ct23688)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Tel: (860) 251-5599

DEFENDANT,
CITY OF HARTFORD

By _____
John P. Shea, Jr., Esq. (ct 17433)
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103
Tel. (860) 541-2077
Fax (860) 713-8944

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed via first class mail, postage prepaid, this 30TH day of March 2004, to:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT  06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

John P. Shea, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

With Chambers Copy to:

The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Gournas

368274 v.01 S1