FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 MAR 30 P 3: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-cv-2382 (JCH) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BRUCE P. MARQUIS, ET AL. | : | |
| | : | |
| Defendants. | : | March 30, 2004 |

**POLICE DEFENDANTS' AND DEFENDANT CITY OF HARTFORD'S MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Defendants Bruce P. Marquis and the City of Hartford respectfully request an extension of time up to and including **April 16, 2004** to file their Reply Memoranda to Plaintiff's Opposition to Defendants' Motions for Summary Judgment. In support of this motion, the defendants state as follows:

1. On March 19, 2004, plaintiff filed his Memoranda in Opposition to Defendants' Motions for Summary Judgment in this case ("Russo IV") and in Russo v. Bailey, Civil Action No. 3:00-cv-1794(JCH) ("Russo II"), and Russo v. City of Hartford, Civil Action No. 3:97-cv-2380(JCH) ("Russo I").

2. Defendants' Reply Memoranda to plaintiff's Opposition Memoranda are currently due on April 2, 2004.

3. Plaintiff also filed a Motion to Strike certain exhibits submitted by Police Defendants in Support of their Motions for Summary Judgment in Russo I and Russo II.

[Handwritten margin notes: "#51"; "Motion Granted. No further extension - rx"; "FILED - ENTERED 04/06/04"]