UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLAS O. RUSSO, JR., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:00CV2382 (JCH) |
| vs. | : | |
| | : | |
| BRUCE MARQUIS, CHIEF OF POLICE, | : | |
| IN HIS INDIVIDUAL AND OFFICIAL | : | |
| CAPACITIES, AND THE CITY OF | : | |
| HARTFORD | : | |
| Defendants. | : | MAY 5, 2004 |

## <u>APPEARANCE</u>

Please enter the appearance of Derek L. Mogck, in addition to any appearances already on file, as attorney for the defendants Bruce Marquis, former Chief of Police, and The City of Hartford in the above-captioned matter.

Dated at Hartford, Connecticut, this 5th day of May, 2004.

**DEFENDANTS,**
**BRUCE MARQUIS, CHIEF OF POLICE, IN**
**HIS INDIVIDUAL AND OFFICIAL**
**CAPACITIES AND THE CITY OF HARTFORD**


By_____ _____
  **Derek L. Mogck**
  **For Shipman & Goodwin LLP**
  **One American Row**
  **Hartford, CT 06l03-28l9**
  **Federal Bar no. ct23688**
  **Tel.: (860) 25l-5000**
  **Fax:  (860) 251-5599**
  **dmogck@goodwin.com**
  **Their Attorneys**

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Appearance was mailed via first class mail, postage prepaid, on this 5th day of May, 2004, as follows:

James S. Brewer, Esq.                          Frank J. Szilagyi, Esq.
Law Office of James S. Brewer             Silvester & Daly
818 Farmington Avenue                     72 Russ Street
West Hartford, CT  06119                Hartford, CT 06106

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103

_____
Derek L. Mogck

371043 v.01

- -                                                                                              3