#59

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2004 APR 29 P 1: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR., | : | CIVIL ACTION NUMBER |
| PLAINTIFF | : | 3:97CV2380(JCH)(lead case) |
| | : | 3:00CV2382(JCH) |
| | : | 3:00CV1794(JCH) |
| vs. | : | |
| CITY OF HARTFORD, ET AL. | : | APRIL 28, 2004 |

### JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO ALL OF DEFENDANTS' REPLY BRIEFS

Pursuant to Local Rule 6(b) of the Local Rules of Civil Procedure, plaintiff hereby respectfully moves for a seven (7) day extension of time in order to respond to all of defendants' reply briefs. Plaintiff asks that the present due date of Friday, April 30, 2004, be extended until May 7, 2004.

This motion for an extension of time encompasses all of the responses to defendants' reply briefs, including the Union, Police and City defendants.

This is plaintiff's first request for an extension of time for the purposes of submitting these responses. Plaintiff has contacted defendants' counsel regarding this motion. Attorney Goumas stated that he has no position; Attorney Shea and Attorney Szilagyi did not respond.

THE PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

MOTION DENIED.
SO ORDERED. [signature] U.S.D.J.
FILED 5/4/04 P 3:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN