**FILED**

2004 MAY 25 P 3: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS RUSSO | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00-CV-2382 (JCH) |
| v. | : | |
| | : | |
| BRUCE MARQUIS, et al. | : | |
| Defendants. | : | MAY 21, 2004 |

**DEFENDANT, CITY OF HARTFORD'S, MOTION TO SEAL ITS CORRECTED LOCAL RULE 56(a)1 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

The Defendant, City of Hartford ("Hartford"), hereby moves to seal Hartford's Corrected Local Rule 56(a)1 Statement of Material Facts Not in Dispute ("Corrected Facts") dated May 19, 2004.

As the Corrected Facts contain reference to Plaintiff's deposition testimony, it should properly be filed "Under Seal" pursuant to the Court's June 11, 2002 Order Ruling on Motion for Protective Order (Docket No. 214).

Whereby, Hartford requests that the Corrected Facts be placed "Under Seal" in the attached envelope.

**DEFENDANT, CITY OF HARTFORD**

By_____
Jill Hartley (ct 10570)
John P. Shea, Jr. (ct 17433)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this 21st day of May, 2004 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq.
Shipman & Goodman
One American Row
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

_____
John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Summary Judgment\MASTER DRAFTS\underseal.MSJ.FACTS.RUSSOIV.MARQUIS.CORRECTED.MASTER.wpd