

# FILED

2004 MAY 25  P 3: 55

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS RUSSO | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00-CV-2382 (JCH) |
| v. | : | |
| | : | |
| BRUCE MARQUIS, et al. | : | |
| Defendants. | : | MAY 21, 2004 |

### DEFENDANT, CITY OF HARTFORD'S, MOTION TO SEAL ITS CORRECTED LOCAL RULE 56(a)1 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

The Defendant, City of Hartford ("Hartford"), hereby moves to seal Hartford's Corrected Local Rule 56(a)1 Statement of Material Facts Not in Dispute ("Corrected Facts") dated May 19, 2004.

As the Corrected Facts contain reference to Plaintiff's deposition testimony, it should properly be filed "Under Seal" pursuant to the Court's June 11, 2002 Order Ruling on Motion for Protective Order (Docket No. 214).

Whereby, Hartford requests that the Corrected Facts be placed "Under Seal" in the attached envelope.

DEFENDANT, CITY OF HARTFORD

By_____
Jill Hartley (ct 10570)
John P. Shea, Jr. (ct 17433)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorneys

**MOTION GRANTED.**

SO ORDERED _____ Janet C. Hall, U.S.D.J. 5/24/04

2004 MAY 26  P 4: 29
U.S. DISTRICT COURT