FILED

2004 JUL -8 P 12: 42

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLAS O. RUSSO, JR., | : |
|     Plaintiff, | :   CIVIL ACTION NO. |
| | :   3:00CV2382 (JCH) |
| vs. | : |
| | : |
| BRUCE MARQUIS, CHIEF OF POLICE, | : |
| IN HIS INDIVIDUAL AND OFFICIAL | : |
| CAPACITIES, AND THE CITY OF | : |
| HARTFORD | : |
|     Defendants. | :   JULY 6, 2004 |

## WITHDRAWAL OF APPEARANCE

Please withdrawal the appearance of Derek L. Mogck, as attorney for the defendant The City of Hartford in the above-captioned matter.

Dated at Hartford, Connecticut, this 6th day of June, 2004.

DEFENDANTS,
BRUCE MARQUIS, CHIEF OF POLICE, IN
HIS INDIVIDUAL AND OFFICIAL
CAPACITIES AND THE CITY OF HARTFORD

By _____
Derek L. Mogck
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Federal Bar no. ct23688
Tel.: (860) 251-5000
Fax: (860) 251-5599
dmogck@goodwin.com
Their Attorneys

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was mailed via first class mail, postage prepaid, on this the 6th day of July, 2004, as follows:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

Frank J. Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103

_____
Derek L. Mogck

371043 v.02

- -   3