UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS RUSSO

V                                                                    3:00CV2382 JCH

BRUCE P. MARQUIS, CHIEF OF POLICE,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND THE CITY OF HARTFORD

J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 30, 2004, entered a Ruling on the Motions For Summary Judgment, granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 5th day of October, 2004.

KEVIN F. ROWE, Clerk

By  /s/Catherine Boroskey
         Deputy Clerk

Entered on Docket _____