71

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:97 CV 2380 (JCH) (lead case) |
| Plaintiff, | : | 3:00 CV 1794 (JCH) |
| v. | : | **3:00 CV 2382 (JCH)** |
| | : | |
| BRUCE P. MARQUIS, ET AL. | : | |
| | : | |
| Defendants. | : | NOVEMBER 16, 2004 |

### DEFENDANT CITY OF HARTFORD'S BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule of Civil Procedure 54, the Defendant City of Hartford ("Hartford") hereby submits this Bill of Costs. In support of the Bill of Costs, Hartford submits that it filed a Motion for Summary Judgment on December 22, 2004. In the Motion for Summary Judgment, Hartford argued that it was entitled to judgment on Plaintiff's claim set forth in the Seventh Count of his Third Amended Complaint dated September 5, 2001 ("Complaint"). That Count asserted that Hartford was liable pursuant to 42 U.S.C. § 1983 to Plaintiff for the constitutional deprivations asserted in the First, Second, Third, Fourth, Fifth and Sixth Counts directed to Defendant Marquis. Plaintiff filed and Objection to that Motion on March 19, 2004, and Hartford responded with a Reply Brief dated April 16, 2004.

1

On September 30, 2004, this Court granted Hartford's Motion for Summary Judgment and Judgment entered for Defendants on October 5, 2004.

In addition to this Bill of Costs and pursuant to 28 U.S.C. § 1924, Hartford submits the Affidavit of John P. Shea, Jr., attorney for Hartford, which verifies that the fees that "have been charged were actually and necessarily performed." 28 U.S.C. § 1924. See Exhibit A, Affidavit of John P. Shea, Jr.

I.  **FEES OF THE COURT REPORTER**

The following fees were incurred by Hartford for obtaining either an original and one (1) copy, or one (1) copy, of the deposition transcripts from the court reporter. The depositions were necessarily undertaken for the preparation of the case. The Plaintiff asserted in his Complaint that a Hartford policy or custom caused him to be deprived of numerous constitutional rights in violation of 42 U.S.C. § 1983. In order to properly defend these allegations, Hartford had to attend, cross-examine and order transcripts of the depositions of numerous witnesses noticed by Plaintiff, including many present and former Hartford police officers, State's Attorneys, FBI agents and United States Attorneys who purportedly had knowledge of the facts and circumstances surrounding Plaintiff's allegations against Hartford. In order to properly defend these actions, Hartford also had to depose additional present and former Hartford police officers, including John Murdoch, Michael

2

Fago and Timothy Hogan, who Plaintiff had indicated possessed knowledge of facts and circumstances surrounding Plaintiff's allegations against Hartford.

Additionally, Plaintiff claimed in the Complaint that Hartford caused him "extreme emotional and mental harm requiring the services of a counselor, and physical injury including but not limited to depression, anxiety, physical pain and suffering, including insomnia, stomachaches, migraine headaches, and sever humiliation and mental suffering, for which he must seek treatment" and "severe economic harm, lost past and future wages, health and medical benefits, contributions to his pension and further economic losses now and in the future." See Complaint, Second Count, incorporating the First Count, ¶¶ 38 & 39 by reference. As such, Hartford deposed Plaintiff's medical treaters and health care providers, including Mark Braunsdorf, Robert Goodwin, Karen Bidwell, Allan Jacobs, Mark Hall, and Richard Lessow, his economic expert Dr. Craakes, and an interim employer, Robert Clark. The invoices for the court reports' fees are attached hereto as Exhibit B.

| | |
|---|---|
| A+ Reporting for the deposition of Allan M. Jacobs, MD on 9/4/02 | $76.50 |
| A+ Reporting for the deposition of Anna Smith on 9/18/02 | $51.75 |
| A+ Reporting for the deposition of Anthony Miele on 9/13/02 | $44.25 |
| A+ Reporting for the deposition of Charles Lilley on 7/1/02 | $217.83 |
| A+ Reporting for the deposition of Christopher Lyons | $193.19 |
| A+ Reporting for the deposition of David Kenary on 7/29/02 | $162.75 |
| A+ Reporting for the deposition of Eileen Maloney on 8/27/02 | $95.25 |
| A+ Reporting for the deposition of Gary Crakes, MD on 8/20/02 | $58.50 |
| A+ Reporting for the deposition of James Glasser on 9/17/02 | $157.50 |
| A+ Reporting for the deposition of Jeff Rovelli on 9/25/02 | $154.14 |
| A+ Reporting for the deposition of Jeffrey Flaherty on 8/5/02 | $174.75 |
| A+ Reporting for the deposition of John Durham | $181.26 |

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street    Suite 202    Hartford, CT 06103-2205
tel 860.541.2077    fax 860.713.8944    www.sabiahart.com

| | |
|---|---:|
| A+ Reporting for the deposition of John Murdock on 9/12/03 | $145.93 |
| A+ Reporting for the deposition of Juan Roman on 9/18/02 | $31.50 |
| A+ Reporting for the deposition of Judge Joan Alexander on 8/02/02 | $61.50 |
| A+ Reporting for the deposition of Karen Bidwell on 10/29/02 | $33.00 |
| A+ Reporting for the deposition of Larry Reynolds on 7/30/02 | $160.50 |
| A+ Reporting for the deposition of Lawrence Skinner on 8/22/02 | $9.75 |
| A+ Reporting for the deposition of Marcus Brown on 11/20/01 | $165.36 |
| A+ Reporting for the deposition of Mark Braunsdorf, MD on 8/8/02 | $86.25 |
| A+ Reporting for the deposition of Mark Castagna on 8/16/02 | $75.00 |
| A+ Reporting for the deposition of Mark Hall, MD on 9/6/02 | $231.75 |
| A+ Reporting for the deposition of Maura Hammick on 9/26/02 | $56.25 |
| A+ Reporting for the deposition of Michael Edelwich on 9/23/02 | $75.00 |
| A+ Reporting for the deposition of Michael Fago on 9/18/03 | $154.41 |
| A+ Reporting for the deposition of Norberto Huertas on 10/21/02 | $105.00 |
| A+ Reporting for the deposition of Richard Lessow, MD on 9/19/02 | $60.00 |
| A+ Reporting for the deposition of Robert Clark on 8/27/02 | $63.00 |
| A+ Reporting for the deposition of Robert Goodwin, MD on 8/21/02 | $121.50 |
| A+ Reporting for the deposition of Robert Lawlor on 7/3/02 | $165.00 |
| A+ Reporting for the deposition of Robert Ruidewicz on 7/19/02 | $154.50 |
| A+ Reporting for the deposition of Stephen Hajdasz on 8/28/02 | $216.75 |
| A+ Reporting for the deposition of Stephen Miele on 9/16/02 | $111.75 |
| A+ Reporting for the deposition of Valerie Robertson on 6/18/03 | $120.05 |
| A+ Reporting for the deposition of Warren T. Bamford on 9/24/02 | $43.50 |
| A+ Reporting for the deposition of Joseph Croughwell on 6/24/02 | $214.65 |
| A+ Reporting for the deposition of James Rovella on 7/17/02 | $116.07 |
| A+ Reporting for the deposition of Nicholas Russo on 6/12/02 | $180.47 |
| A+ Reporting for the deposition of Nicholas Russo on 6/14/02 | $14.25 |
| A+ Reporting for the deposition of Nicholas Russo on 6/24/03 | $197.96 |
| A+ Reporting for the deposition of Nicholas Russo on 6/25/03 | $296.80 |
| A+ Reporting for the deposition of Sheila Russo on 6/17/03 | $69.96 |
| A+ Reporting for the deposition of Sheila Russo on 7/28/03 | $39.75 |
| A+ Reporting for the deposition of Nicholas O. Russo on 7/2/02 | $197.16 |
| A+ Reporting for the deposition of Nicholas O. Russo on 9/4/03 | $337.43 |
| A+ Reporting for the deposition of Nicholas O. Russo on 9/5/03 | $332.49 |
| A+ Reporting for the deposition of Nicholas Russo on 6/28/02 | $254.40 |
| A+ Reporting for the deposition of Bruce Marquis on 6/13/02 | $586.71 |
| Denise Mancini, LSR of Tim Hogan on 9/10/03 | $226.13 |
| Waxman & Schaffer Reporting for the deposition of Agent Kevin Kline | $311.67 |

Total: $7,390.80

4

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077  fax 860.713.8944  www.sabiahart.com

II. **FEES FOR VIDEOTAPED DEPOSITIONS**

Pursuant to this Court's order, Hartford incurred the following fees for videotaping depositions. As stated above, the deposition and the videotaping of the depositions were necessarily undertaken for the preparation of the case. The invoices for the videographer are attached hereto as Exhibit C.

| Description | Amount |
|---|---|
| VIP Professional video for Dr. Mark Braunsdorf on 8/8/02 | $28.80 |
| VIP Professional video of Officer Mark Castagna on 8/16/02 | $25.88 |
| VIP Profession video for Charles Lilley on 7/1/02 | $46.29 |
| VIP Profession video for Christopher Lyons on 6/18/02 | $44.16 |
| VIP Profession video for Dr. Robert Goodwin on 8/21/02 | $36.75 |
| VIP Professional video for Allan Jacobs, MD on 9/4/02 | $30.56 |
| VIP Professional video for Anna E. Smith on 9/18/02 | $17.71 |
| VIP Professional video for Anthony Miele on 9/13/02 | $23.01 |
| VIP Professional video for Bruce P. Marquis on 6/13/02 | $170.02 |
| VIP Professional video for Detective James Rovella on 7/17/02 | $29.24 |
| VIP Professional video for Dr. Gary Crakes on 8/20/02 | $25.88 |
| VIP Professional Video for James E. Thomas on 8/6/02 | $18.37 |
| VIP Professional video for James Glasser on 9/17/02 | $43.37 |
| VIP Professional video for Jeff Rovelli on 9/25/02 | $25.88 |
| VIP Professional video for Jeffrey Flaherty on 8/5/02 | $41.16 |
| VIP Professional video for Joan Alexander on 8/2/02 | $23.67 |
| VIP Professional video for John Durham on 11/19/02 | $53.35 |
| VIP Professional video for John Murdock on 9/12/03 | $40.24 |
| VIP Professional video for Joseph Croughwell on 7/24/02 | 42.32 |
| VIP Professional video for Juan Roman III on 9/18/02 | $17.71 |
| VIP Professional video for Larry Reynolds on 7/30/02 | $43.37 |
| VIP Professional video for Lieutenant David Kenary on 7/16/02 | $38.96 |
| VIP Professional video for Mark Hall, MD on 9/6/02 | $58.65 |
| VIP Professional video for Maura Hammick on 9/26/02 | $25.88 |
| VIP Professional video for Michael Edelwich on 9/23/02 | $28.09 |
| VIP Professional video for Michael Fago on 9/18/03 | $39.86 |
| VIP Professional video for Mr. Lawrence Skinner on 8/22/02 | $16.17 |
| VIP Professional video for Nicholas O. Russo on 9/5/03 | $95.84 |
| VIP Professional video for Nicholas O. Russo, Jr. on 7/3/02 | $49.82 |
| VIP Professional video for Nicholas Russo on 6/12/02 | $15.31 |

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com

| | |
|---|---|
| VIP Professional video for Nicholas Russo on 6/14/02 | $15.31 |
| VIP Professional video for Nicholas Russo on 6/24/03 | $87.89 |
| VIP Professional video for Nicholas Russo on 6/25/03 | $87.89 |
| VIP Professional video for Nicholas Russo on 6/28/02 | $57.59 |
| VIP Professional video for Nicholas Russo on 9/4/03 | $87.01 |
| VIP professional video for Richard Lessow on 9/19/02 | $30.30 |
| VIP Professional video for Robert Lawlor on 7/3/02 | $44.08 |
| VIP Professional video for Robert Rudewicz on 7/19/02 | $38.96 |
| VIP Professional video for September 3, 2002 | $12.81 |
| VIP Professional Video for Sheila Russo on 6/17/03 | $41.48 |
| VIP Professional Video for Sheila Russo on 7/28/03 | $31.61 |
| VIP Professional video for Sheila Russo on 9/10/02 | $15.02 |
| VIP Professional video for Stephen Miele on 9/16/02 | $42.49 |
| VIP Professional video for Tim Hogan deposition on 9/10/03 | $50.09 |
| VIP Professional video for Valerie Robertson on 6/18/04 | $41.82 |
| VIP Professional video for Warren Bamford on 9/24/02 | $25.00 |
| VIP Professional video of Eileen Maloney and Robert D. Clark | $18.73 |
| VIP Professional video of Eileen Maloney and Robert D. Clark | $18.73 |
| VIP Professional Video of Stephen Hajdasz on 8/28/02 | $55.56 |

Total: $1,998.73

### III. **FEES FOR WITNESSES**

Pursuant to 28 U.S.C. § 1821(b), Hartford submits that it has incurred the following witness fees. The invoices for the witness fees are attached hereto as Exhibit D.

| | |
|---|---|
| Witness fees for Timothy Hogan | $15.02 |
| Witness fees for John Murdock | $18.25 |
| Witness fees for Alberto Santana | $13.78 |
| Witness fees for Michael Fago | $13.60 |

Total: 60.65

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com

These individuals were listed as persons Plaintiff asserted had knowledge of facts supporting his Complaint, and three were deposed and an affidavit was taken from Mr. Santana. The depositions and affidavit were necessary and undertaken for the preparation of the case.

DEFENDANT,
CITY OF HARTFORD

By: _____
John P. Shea, Jr. (ct 17433)
Lori Rittman Clark (ct 19908)
Sabia & Hartley, LLC
190 Trumbull Street
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

7

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Bill of Costs was mailed via first class mail, postage prepaid, this 16th day of November, 2004, to:

Erin O'Neil, Esq.
James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

Charles L. Howard
Gregg P. Goumas
Derek L. Mogck
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

_____
John P. Shea, Jr.

Bill_costs_Russo 4.wpd

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com