UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-CV-2382 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BRUCE P. MARQUIS, ET AL. | : | |
| | : | |
| Defendants, | : | November 19, 2004 |

### DEFENDANT BRUCE P. MARQUIS' BILL OF COSTS

Pursuant to Rule 54 of the Local Rules of Civil Procedure, Fed. R. Civ. P. 54(d) and 28 U.S.C. §§ 1821, 1920-23, Defendant, Bruce P. Marquis, hereby submits this Bill of Costs. In support of his Bill of Costs, Marquis submits that he filed a Motion for Summary Judgment on December 22, 2003. In his Motion for Summary Judgment, Marquis argued that he was titled to judgment on Plaintiff's Complaint in its entirety. Plaintiff alleged that Marquis was liable to Plaintiff pursuant to 42 U.S.C. § 1983 for various constitutional deprivations and violation of state common law. Plaintiff filed an Opposition to Marquis' Motion for Summary Judgment on March 19, 2004, and Marquis responded with a Reply Brief on April 16, 2004. On September 30, 2004, this Court granted Marquis' Motion for Summary Judgment and dismissed the case in its entirety.

Attorney Gregg P. Goumas, counsel for Defendant, being duly sworn, verifies that the costs listed below are true and accurate and were necessarily incurred in the above-captioned case, and that the services for which fees have been charged were actually and necessarily performed. With respect to the fees of the Court Reporter, because this matter was one of three cases consolidated for purposes of discovery, Marquis seeks one-third (1/3) of the fees paid by the Police Defendants to the Court Reporter for the transcripts in the consolidated cases. With respect to his own deposition, Marquis seeks the full fee paid. With respect to the fees for the videotaped depositions, Marquis also seeks one-third (1/3) of the total charges paid by the Police Defendants.

| | |
|---|---|
| Fees of the court reporter for all or any part of the Transcript necessarily obtained for use in this case. (See **Tab A - Schedule A**). | $ 8,694.08 |
| Fees incurred for videotaping of depositions. The videotapes of these depositions were necessarily obtained for the preparation of the case. (See **Tab B - Schedule B**). | $ 2,439.71 |
| **Total Costs (Schedule A plus Schedule B)** | **$ 11,133.79** |

_____
Attorney Gregg P. Goumas

Subscribed and sworn to before me this
19th day of November, 2004.

_Theresa R Banister_
Notary Public
my Commission Expires: 2-28-08

THERESA R. BANISTER
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2008

3

DEFENDANT,
BRUCE P. MARQUIS

By: _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Tel: (860) 251-5599

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing Bill of Costs was mailed on this 19th day of November, 2004, via first class mail, postage prepaid, as follows:

James S. Brewer, Esq.  
Law Office of James S. Brewer  
818 Farmington Avenue  
West Hartford, CT  06119

John T. Forrest, Esq.  
Law Offices of John T. Forrest  
142 Jefferson Street  
Hartford, CT 06106

Attorney Helen Apostolidis  
Office of Corporation Counsel  
City of Hartford  
550 Main Street  
Hartford, CT  06103

Frank Szilagyi, Esq.  
Silvester & Daly  
72 Russ Street  
Hartford, CT 06106

John Shea Jr., Esq.  
Michael G. Albano, Esq.  
Sabia & Hartley, LLC  
190 Trumbull Street, Suite 202  
Hartford, CT 06103

                                                           _____  
                                                           Gregg P. Goumas

386790 v.01 S1

A

# SCHEDULE A
# FEES OF THE COURT REPORTER

| DATE | DESCRIPTION | FEE |
|---|---|---|
| 6/12/02 | Deposition of N. Russo | 547.84 |
| 6/13/02 | Deposition of B. Marquis | 586.71 |
| 6/14/02 | Deposition of N. Russo | 76.85 |
| 6/18/02 | Deposition of C. Lyons | 193.19 |
| 6/24/02 | Deposition of J. Croughwell | 214.65 |
| 6/28/02 | Deposition of N. Russo | 826.80 |
| 7/2/02 | Deposition of N. Russo | 355.10 |
| 7/17/02 | Deposition of J. Rovella | 116.07 |
| 7/19/02 | Deposition of R. Rudewicz | 163.77 |
| 7/29/02 | Deposition of D. Kenary | 172.59 |
| 8/2/02 | Deposition of J. Alexander | 66.96 |
| 8/5/02 | Deposition of J. Flaherty | 185.24 |
| 8/8/02 | Deposition of M. Braunsdorf | 178.88 |
| 8/16/02 | Deposition of M. Castagna | 79.50 |
| 8/20/02 | Deposition of G. Crakes | 143.63 |
| 8/21/02 | Deposition of R. Goodwin | 269.77 |
| 8/22/02 | Deposition of L. Skinner | 10.34 |
| 8/27/02 | Depositions of E. Maloney and S. Clark | 194.78 |
| 8/27/02 | Deposition of R. Clark | 137.80 |
| 8/28/02 | Deposition of S. Hajdasz | 229.76 |
| 9/4/02 | Deposition of A. Jacobs | 188.68 |
| 9/6/02 | Deposition of M. Hall | 472.05 |
| 9/13/02 | Deposition of A. Miele | 46.91 |
| 9/16/02 | Deposition of S. Miele | 118.46 |
| 9/17/02 | Deposition of J. Glasser | 317.78 |
| 9/18/02 | Deposition of J. Roman | 33.39 |
| 9/19/02 | Deposition of R. Lessow | 132.50 |
| 9/23/02 | Deposition of M. Edelwich | 79.50 |
| 9/24/02 | Deposition of W. Bamford | 46.11 |
| 9/25/02 | Deposition of J. Rovelli | 98.73 |
| 9/26/02 | Deposition of M. Hammick | 59.63 |
| 10/21/02 | Deposition of N. Huertas | 197.87 |
| 10/29/02 | Deposition of Bidwell | 84.80 |
| 11/19/02 | Deposition of J. Durham | 181.26 |
| 6/17/03 | Deposition of S. Russo | 247.69 |
| 6/18/03 | Deposition of V. Robertson | 376.83 |
| 6/24/03 | Deposition of N. Russo | 381.95 |
| 6/25/03 | Deposition of N. Russo | 369.23 |

# SCHEDULE A
# FEES OF THE COURT REPORTER
## continued

| DATE | DESCRIPTION | FEE |
|---|---|---|
| 7/28/03 | Deposition of S. Russo | 100.70 |
| 9/4/03 | Deposition of N. Russo | 174.46 |
| 9/5/03 | Deposition of N. Russo | 170.13 |
| 9/12/03 | Deposition of J. Murdock | 65.19 |
| | TOTAL | **$8,694.08** |

386723 v.01

B

## SCHEDULE B
## FEES FOR VIDEOTAPING

| DATE | DESCRIPTION | FEES |
|---|---|---|
| 6/24/02 | Deposition of J. Croughwell | 42.31 |
| 6/28/02 | Deposition of N. Russo | 57.59 |
| 7/1/02 | Deposition of C. Lilley | 46.29 |
| 7/3/02 | Deposition of N. Russo | 49.82 |
| 7/3/02 | Deposition of R. Lawlor | 44.08 |
| 7/16/02 | Deposition of D. Kenary | 38.96 |
| 7/17/02 | Deposition of J. Rovella | 29.24 |
| 7/19/02 | Deposition of R. Rudewicz | 38.96 |
| 7/30/02 | Deposition of L. Reynolds | 43.37 |
| 8/2/02 | Deposition of J. Alexander | 23.17 |
| 8/5/02 | Deposition of J. Flaherty | 41.16 |
| 8/6/02 | Deposition of J. Thomas | 18.37 |
| 8/8/02 | Deposition of M. Braunsdorf | 28.80 |
| 8/16/02 | Deposition of M. Castagna | 25.88 |
| 8/20/02 | Deposition of G. Crakes | 25.88 |
| 8/21/02 | Deposition of R. Goodwin | 36.75 |
| 8/22/02 | Deposition of L. Skinner | 16.67 |
| 8/27/02 | Depositions of E. Maloney and S. Clark | 37.45 |
| 8/28/02 | Deposition of S. Hajdasz – No invoice | 55.56 |
| 9/4/02 | Deposition of A. Jacob | 30.56 |
| 9/6/02 | Deposition of M. Hall | 58.65 |
| 9/10/02 | Deposition of S. Russo | 15.02 |
| 9/13/02 | Deposition of A. Miele | 23.01 |
| 9/16/02 | Deposition of S. Miele | 42.49 |
| 9/17/02 | Deposition of J. Glasser | 10.04 |
| 9/18/02 | Depositions of J. Roman and E. Smith | 35.42 |
| 9/19/02 | Deposition of R. Lessow | 30.30 |
| 9/23/02 | Deposition of M. Edelwich | 28.04 |
| 9/24/02 | Deposition of W. Bamford | 25.00 |
| 9/25/02 | Deposition of J. Rovelli | 25.88 |
| 9/26/02 | Deposition of M. Hammick | 25.88 |
| 10/28/02 | Deposition of T. Hajdasz | 33.21 |
| 10/29/02 | Deposition of Bidwell | 49.47 |
| 11/19/02 | Deposition of J. Durham | 53.35 |
| 11/20/02 | Deposition of S. Russo (no show) | 18.99 |
| 6/17/03 | Deposition of S. Russo | 182.82 |
| 6/18/03 | Deposition of V. Robertson | 200.82 |
| 6/24/03 | Deposition of N. Russo | 112.89 |

**SCHEDULE B**
**FEES FOR VIDEOTAPING**
Continued

| DATE | DESCRIPTION | FEES |
|---|---|---|
| 6/25/03 | Deposition of N. Russo | 112.89 |
| 7/28/03 | Deposition of S. Russo | 128.78 |
| 9/4/03 | Deposition of N. Russo | 174.02 |
| 9/5/03 | Deposition of N. Russo | 191.68 |
| 9/10/03 | Deposition of T. Hogan | 50.08 |
| 9/12/03 | Deposition of J. Murdock | 40.24 |
| 9/18/03 | Deposition of M. Fago | 39.87 |
|  | TOTAL | $2,439.71 |

386723 v.01