UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-CV-2382 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BRUCE P. MARQUIS, ET AL. | : | |
| | : | |
| Defendants, | : | November 19, 2004 |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Defendant Bruce P. Marquis has manually filed the following documents:

**EXHIBITS A AND B IN SUPPORT OF HIS BILL OF COSTS.**

These documents have not been filed electronically because

[ X ]   the electronic file size of the document exceeds 1.5 megabytes

The documents have been manually served on all parties.

POLICE DEFENDANT,
BRUCE P. MARQUIS

By: _____
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Tel: (860) 251-5599

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed on this 19th day of November, 2004, via first class mail, postage prepaid, as follows:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT  06119

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

John Shea Jr., Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

_____
Gregg P. Goumas

387343 v.01 S1

3