UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-CV-2382 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BRUCE P. MARQUIS, ET AL. | : | |
| | : | |
| Defendants, | : | November 22, 2004 |

## DEFENDANT BRUCE P. MARQUIS' MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE BILL OF COSTS

The defendant, Bruce P. Marquis ("Marquis"), respectfully requests a one-day extension of time to file his bill of costs in the above matter. In support of this motion, the defendant respectfully states as follows:

1. The deadline for the defendants to file their Bills for Costs in the above matter was Friday, November 19, 2004.

2. Early in the afternoon on November 19, 2004, Marquis's counsel provided his Bill of Costs to Hartford Courier for delivery and filing with the Court.

3.   On the Courier's way to Court, his car broke-down on the Route 15 South in Hamden. The Courier called Hartford Courier for assistance and another courier came from Hartford to attempt to deliver the filing to the Court.

4.   The substitute courier arrived at the Courthouse in Bridgeport with the Bill of Costs at approximately 5:15 p.m. and was unable file the Bill of Costs as the Court had closed.

5.   The Bill of Costs was filed on Monday, November 22, 2004 at 8:13 a.m.

6.   Based on the foregoing, Marquis respectfully submits that there is good cause for this motion as the reason his Bill of Costs was not filed in timely fashion was totally out of the control of both he and his counsel. An Affidavit from the courier in support of this motion is attached hereto.

WHEREFORE, Marquis respectfully requests this his motion be granted.

DEFENDANT,
BRUCE P. MARQUIS

By: /s/ *signature*
Charles L. Howard
Federal Bar No. CT 05366
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Tel: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed on this 22nd day of November, 2004, via first class mail, postage prepaid, as follows:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John Shea Jr., Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Gregg P. Goumas

387510 v.01 S1