UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR. : | CIVIL ACTION NO. |
| : | 3:00-CV-2382 (JCH) |
| Plaintiff, : | |
| v. : | |
| : | |
| BRUCE P. MARQUIS, ET AL. : | |
| : | |
| Defendants, : | November 22, 2004 |

## AFFIDAVIT OF FRANK KANE

I, Frank Kane, being duly sworn depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am a courier with Hartford Courier.

3. Early in the afternoon on Friday, November 19, 2004, I picked up a package from Shipman & Goodwin LLP for filing with the United States District Court in Bridgeport.

4. On my way to the Court I encountered traffic on Route 15 South in Hamden due to an accident. While I was sitting in traffic waiting for the road to clear my car began to overheat and I was forced to pull to the side of the road and call the Automobile Club of America ("AAA").

5.   When AAA arrived I discovered that a hose in my engine had come undone. At that point I called Hartford Courier to arrange for another courier to deliver the package to the Court.

6.   A replacement courier came from Hartford and retrieved the package from me. He attempted to file it with the Court in Bridgeport but was unable to do so because the Court had already closed when he arrived shortly after 5:00 p.m.

Dated at Hartford, Connecticut this 22 day of November 2004.

_____
Frank Kane

Signed and sworn to before me on this 22nd day of November, 2004.

_____
Gregg P. Goumas
Commissioner of Superior Court

2